In the Matter of the Estate of IRVING I. BLOOMINGDALE, Deceased.

RICHMOND J. REESE, as Executor of IRVING I. BLOOMINGDALE, Deceased, Appellant; DONALD BLOOMINGDALE, et al., Respondents.

Argued June 13, 1940; decided July 24, 1940.

*Richmond J. Reese* and *Alexander J. Lindsay* for appellant.

*Alfred J. Talley* and *James A. McKaigney* for Geanne H. B. Butler, as executrix and trustee, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.